FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 14, 2020. Appellant has been granted several previous extensions of time in which to file her brief, the latest until January 13, 2021. On January 14, 2021, appellant filed an unopposed motion for extension of time.

The motion is GRANTED and appellant's brief is due **no later than January 27, 2021. No further extensions of time will be granted.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court